UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **C & C BOAT WORKS, L.L.C.** | * | **CASE NO. 08-3875** |
| | * | |
| | * | **SECTION: I** |
| versus | * | Judge Lance M. Africk |
| | * | |
| | * | **MAGISTRATE: 1** |
| **SKANSI MARINE, L.L.C.** | * | Magistrate Sally Shushan |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO COMPEL ARBITRATION AND MOTION TO STAY STATE COURT PROCEEDINGS

**NOW INTO COURT** comes Skansi Marine, L.L.C. (hereinafter "Skansi") who respectfully requests that this Court compel arbitration of the captioned matter, as well as all the claims currently pending in a concurrent state court action between Skansi and C & C Boat Works, L.L.C. (hereinafter "C & C"). For the reasons more fully set forth in the accompanying memorandum in support and exhibits thereto, all of which are copied as if pled herein *in extenso*, the captioned matter and the state court claims should be adjudicated by arbitration. Concomitantly, this Court should issue an order staying the state court proceedings pertaining to the claims between Skansi and C & C.

Given the complexity of the issues now before this Court in the instant Motions, Skansi requests that the Motions filed herein be heard via oral argument in order to further assist this Court

1

in making its determination as to the merits of the Motions.

                    Respectfully Submitted,

                    */s/J. Geoffrey Ormsby*
                    **RANDALL A. SMITH, T.A. (#2117)**
                    **J. GEOFFREY ORMSBY (#24183)**
                          **OF**
                    **SMITH & FAWER, L.L.C.**
                    201 St. Charles Ave., Suite 3702
                    New Orleans, LA 70170
                    Telephone: (504) 525-2200
                    Facsimile: (504) 525-2205

                          -And-

                    **JOHN C. PERSON (#1122)**
                          **OF**
                    **MONTGOMERY, BARNETT, BROWN,**
                      **READ, HAMMOND AND MINTZ**
                    Energy Centre
                    1100 Poydras Street Suite 3200
                    New Orleans, LA
                    Telephone: (504) 585-3200
                    Facsimile: (504) 585-7688

                    ***Counsel for Skansi Marine, L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served upon all counsel of record in this matter, via e-filing, on this the 26th day of August, 2008.

*/s/J. Geoffrey Ormsby*